UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MIKE CARLSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil No. 4:13−cv−02739 |
| | § | |
| GC SERVICES, LP., | § | |
| | § | |
| Defendant. | § | |
| | § | |

## NOTICE OF SETTLEMENT

"NOW COMES the Plaintiff, MIKE CARLSON, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days."

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Dated: December 3, 2014          Respectfully Submitted,

                                 By:/s/ Ryan Lee
                                  Ryan Lee
                                 Attorneys for Plaintiff
                                 Krohn & Moss, Ltd.
                                 10474 Santa Monica Blvd. Suite 405
                                 Los Angeles, CA 90025
                                 Tel: 323-988-2400 x241
                                 Fax: (866) 861-1390
                                 rlee@consumerlawcenter.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2013, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

s/ Ryan Lee
Ryan Lee
Attorney for Plaintiff
