UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MIKE CARLSON | § § |
| V. | § CIVIL ACTION NO. 4:13-CV-2739 § |
| GC SERVICES, L.P. | § § |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and Rules of this Court, Plaintiff, MIKE CARLSON, and Defendant, GC SERVICES, LP., stipulate, and the Court hereby orders, as follows:

1. MIKE CARLSON is the only plaintiff; GC SERVICES, LP is the only named defendant in this matter.

2. Plaintiff, MIKE CARLSON no longer wishes to pursue any of his claims and no longer wishes to pursue this lawsuit; therefore, Plaintiff, MIKE CARLSON hereby requests the Court to moves to dismiss, with prejudice, all of her claims against all parties. Defendant, GC Services, LP who was served and made an appearance in this lawsuit, agrees to a dismissal with prejudice of all of Plaintiff's claims against all parties.

3. This case is not a class action, and a receiver has not been appointed.

4. This action is not governed by any statue of the United States that requires an order of the court for dismissal of this case.

5. Plaintiff, MIKE CARLSON has not dismissed an action based on or including the same claim or claims as those presented in this suit.

6. Plaintiff, MIKE CARLSON, and Defendant, GC SERVICES, LP respectfully request the Court to dismiss, with prejudice, this lawsuit, all parties,

and all claims asserted against all parties in the above-captioned proceeding, pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

7. Both sides to bear their own fees and costs.

| | |
|---|---|
| **Date: March 2, 2015** | **Respectfully Submitted By,** |
| | KROHN & MOSS, LTD. |
| | /s/ Adam T. Hill_____ |
| | Adam T. Hill |
| | KROHN & MOSS, LTD. |
| | 10 N. Dearborn St., 3rd Fl. |
| | Chicago, Illinois 60602 |
| | Telephone: 312-578-9428 |
| | Telefax: 866-802-0021 |
| | ahill@consumerlawcenter.com |
| | /s/ *Ryan Lee*_____ |
| | Ryan Lee |
| | CA State Bar 258321 |
| | Krohn & Moss, Ltd |
| | 10474 Santa Monica Blvd., Suite 405 |
| | Los Angeles, CA 90025 |
| | Tel. 323-988-2400 ext.241 |
| | Fax: 866-829-5083 |
| | Email: rlee@consumerlawcenter.com |
| | **ATTORNEYS FOR PLAINTIFF** |
| | **SPROTT NEWSOM LUNCEFORD QUATTLEBAUM MESSENGER** |
| | */s/ Kandy E. Messenger* |
| | KANDY E. MESSENGER |
| | State Bar No. 24053360 |
| | Fed. ID. 638777 |
| | 2211 Norfolk Suite 1150 |
| | Houston, Texas   77098 |
| | Tel:  (713) 523-8338 |
| | Fax:  (713) 523-9422 |
| | Messenger@sprottnewsom.com |
| | **ATTORNEY FOR DEFENDANT, GC SERVICES, L.P.** |

2