UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MIKE CARLSON | § |
| | § |
| V. | § CIVIL ACTION NO. 4:13-CV-2739 |
| | § |
| GC SERVICES, L.P. | § |

**ORDER DISMISSING CLAIMS WITH PREJUDICE**

In accordance with the JOINT STIPULATION OF DISMISSAL and being fully advised, the Court is of the opinion that that all claims asserted by Mike Carlson against GC Services, LP. are dismissed, with prejudice.

Date: March 10, 2015

_____
KEITH P. ELLISON, District Judge
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

1